## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 16, 2009

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **MARK PRAY,** | : | Violations: |
| also known as Wardy, | : | |
| also known as Woadie, | : | 21 U.S.C. § 846 |
| also known as Lover, | : | (Conspiracy to Distribute and Possess With |
| also known as Playboy, | : | Intent to Distribute Phencyclidine, Heroin, |
| | : | Cocaine, and Cocaine Base); |
| **KENNETH BENBOW,** | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(iv) |
| also known as BBD, | : | (Unlawful Distribution of 100 Grams or |
| also known as Fat Boy, | : | More of Phencyclidine); |
| also known as Stink, | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to |
| **RANDOLPH DANSON,** | : | Distribute Phencyclidine); |
| also known as Randy, | : | 21 U.S.C. § 856 |
| also known as Spits, | : | (Maintaining Drug-Involved Premises); |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| **ALONZO MARLOW,** | : | (Unlawful Possession With Intent to |
| also known as Zo, | : | Distribute Heroin); |
| also known as Zohan, | : | 18 U.S.C. § 2 |
| also known as Han, | : | (Aiding and Abetting) |
| | : | |
| **JOHNNY MCLEAN,** | : | |
| | : | |
| **ROBERT MCMILLAN,** | : | |
| also known as Lump, | : | |
| also known as Little Hush, | : | |
| | : | |
| **TIMOTHY MOON,** | : | |
| also known as Butt, | : | |
| also known as Seed, | : | |
| | : | |
| **RAYMOND REYNOLDS,** | : | |
| also known as Lou, | : | |
| | : | |
| **ROBERT SMITH,** | : | |

| | |
|---|---|
| **CHARLES WADE,** | : |
| | : |
| **LAWSON WHITE,** | : |
| **also known as Little Lonnie,** | : |
| | : |
| **HERMAN WILLIAMS,** | : |
| **also known as JR,** | : |
| **also known as Rider,** | : |
| | : |
| **LARRY WILLIAMS,** | : |
| **also known as Twin,** | : |
| | : |
| **Defendants.** | : |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

From on or about August 6, 2009, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including March 10, 2010, in the District of Columbia, the State of Maryland, and elsewhere, the defendants, **MARK PRAY, also known as Wardy, also known as Woadie, also known as Lover, also known as Playboy, KENNETH BENBOW, also known as BBD, also known as Fat Boy, also known as Stink, RANDOLPH DANSON, also known as Randy, also known as Spits, ALONZO MARLOW, also known as Zo, also known as Zohan, also known as Han, JOHNNY MCLEAN, ROBERT MCMILLAN, also known as Lump, also known as Little Hush, TIMOTHY MOON, also known as Butt, also known as Seed, RAYMOND REYNOLDS, also known as Lou, ROBERT SMITH, CHARLES WADE, LAWSON WHITE, also known as Little Lonnie, HERMAN WILLIAMS, also known as JR, also known as Rider**, and **LARRY WILLIAMS, also known as Twin**, did unlawfully, knowingly

and intentionally combine, conspire, confederate and agree together and with others known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally possess with intent to distribute and distribute the following:

(a) a mixture and substance containing a detectable amount of phencyclidine (PCP), a Schedule II narcotic controlled substance and the amount of said mixture and substance was 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and §841(b)(1)(A)(iv).

(b) a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the amount of said mixture and substance was 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i);

(c) a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii); and

(d) a mixture and substance containing a detectable amount of cocaine base, in the form known as crack cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

**(Conspiracy to Distribute and Possess With Intent to Distribute PCP, Heroin, Cocaine, and Cocaine Base,** in violation of Title 21, United States Code, Section 846)

## COUNT TWO

On or about August 10, 2009, within the District of Columbia, **MARK PRAY, also known as Wardy, also known as Woadie, also known as Lover, also known as Playboy**, and **HERMAN**

3

**WILLIAMS, also known as JR, also known as Rider,** did unlawfully, knowingly and intentionally distribute 100 grams or more of a mixture and substance containing a detectable amount of PCP, a Schedule II narcotic controlled substance.

>(**Unlawful Distribution of 100 Grams or More of PCP and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about December 3, 2009, within the District of Columbia, **ROBERT SMITH**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of PCP, a Schedule II controlled substance.

>(**Unlawful Possession With Intent to Distribute PCP**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT FOUR

Beginning on or about December 8, 2009, the exact date being unknown to the Grand Jury, within the District of Columbia, **MARK PRAY, also known as Wardy, also known as Woadie, also known as Lover, also known as Playboy**, and **RANDOLPH DANSON, also known as Randy, also known as Spits**, and others whose identities are known and unknown to the Grand Jury, did knowingly, intentionally, and unlawfully open, use, and maintain a place, to wit: 1131 Eaton Road, S.E., Washington, D.C., for the purpose of manufacturing, distributing, and using PCP, heroin, cocaine, and cocaine base, in the form known as crack cocaine, Schedule I and II narcotic controlled substances.

>(**Maintaining Drug-Involved Premises**, in violation of Title 21, United States Code, Sections 856(a)(1) and 856(b))

## COUNT FIVE

On or about December 28, 2009, within the District of Columbia, **RAYMOND REYNOLDS, also known as Lou,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Heroin**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT SIX

On or about January 6, 2010, within the District of Columbia, **LAWSON WHITE, also known as Little Lonnie,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of PCP, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute PCP**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney for the United States in
and for the District of Columbia